**Order filed June 7, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00336-CV**
_____

**KAI RADICKE D/B/A WISHBONE CLASSICS, Appellant**

**V.**

**JEFFREY B. KAISER, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1158615**

---

# O R D E R

The notice of appeal in this case was filed May 5, 2022. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5.

Accordingly, appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court within ten (10) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.